UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>MARISLENE DELVA,<br><br>   Defendant. | Case No. 24-cr-20588<br><br>Honorable Robert J. White |

## ORDER FOR CLERK TO DISBURSE FUNDS

Before the Court is the Unopposed Motion for Order Authorizing Clerk to Disburse Funds. (ECF No. 38). On March 18, 2025, a judgment for restitution and a forfeiture money judgment were imposed against the Defendant, Marislene Delva. (ECF No. 33).

The United States Attorney's Office has notified the Court the Defendant has satisfied her criminal monetary penalties in full but that funds intended for her forfeiture money judgment were deposited in error with the Clerk of the Court rather than the U.S. Marshals Services on October 3, 2025. Pursuant to 28 U.S.C. § 2042, funds may not be disbursed from the Court Registry without a court order.

NOW THEREFORE,

The United States' Unopposed Motion for Order Authorizing Clerk to Disburse Funds is HEREBY GRANTED; and

IT IS ORDERED that pursuant to 28 U.S.C. §§ 2041 and 2042, the Clerk of the Court shall disburse forthwith **Nine Thousand Nine Hundred Dollars and 00/100 ($9,900.00)** to the United States Marshals Service for application to the Defendant, Marislene Delva's, forfeiture money judgment.

SO ORDERED.

Dated: November 14, 2025

s/Robert J. White
Robert J. White
United States District Judge